— Motion to resettle order of March 1, 1935, referred to the court that heard the appeal and motion granted to the extent of striking from the order the words "and the facts." Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ. Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK on Complaint of MARY BEGANSKY, Respondent, v. THOMAS PARISI, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

· ANNABELLE ADLINE EHRET, as Administratrix, etc., of JOHN W. EHRET, Deceased, Respondent, Appellant, v. THE VILLAGE OF SCARSDALE and Another, Appellants, and WESTCHESTER LIGHTING COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

GEORGE A. L. IRWIN, Appellant, v. THE TRAVELERS INSURANCE COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

In the Matter of the Probate of the Last Will and Testament and the Issuance of Letters of Administration with the Will Annexed of RUBY ACKERMAN, Also Known as RUBY ACKERMAN MULLER, Deceased. ABRAHAM MULLER, Appellant; EDNA E. ACKERMAN and SADIE A. MOSES, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston. JJ.

In the Matter of the Petition of ANTHONY BECHER, Petitioner, for the Removal of ARTHUR J. CASE, Police Justice of the Incorporated Village of Valley Stream, Respondent. (Proceeding No. 2.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. (*Matter of Droege*, 197 N. Y. 44.) Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of GEORGE W. OLVANY and Another, as Trustees under the Last Will and Testament of ANTONIN CHAPAL, Late of the County of Nassau, Deceased, for the Benefit of FRANCOISE NAYLOR HEPWORTH, for Certain Instructions and for a Construction of the Last Will and Testament of Said Decedent, Respondents; FRANCOISE CHAPAL, Also Known as ANNETTE CHAPAL, Appellant; FRANCOISE NAYLOR HEPWORTH and Another, Individually and as Temporary Administrators of the Estate of BLANCHE CHAPAL, Deceased, Respondents.— Motion for order substituting appellants granted. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

In the Matter of THE CITY OF NEW YORK Acquiring Title to Real Property Required for the Opening and Extending of Lake Street from Kings Highway to Village Road North, in the Borough of Brooklyn, City of New York. In the Matter of the Application of GALBEN HOLDING, INC., for an Order Restraining the COMPTROLLER OF THE CITY OF NEW YORK from Making an Advance Payment for the Taking of Damage Parcels Nos. 33 and 34 in the Above-entitled Proceeding. FRANK S. VOORHEES, Appellant; GALBEN HOLDING, INC., THE CITY OF NEW